**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| C.D., | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-122 (WLS-ALS) |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
|     Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is a Recommendation (Doc. 14) from United States Magistrate Judge Alfreda L. Sheppard, filed on January 27, 2026, in this Social Security appeal filed by Plaintiff. Therein, Judge Sheppard recommends that the Commissioner's decision be reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) because the Commissioner's decision that Plaintiff was not disabled is not supported by substantial evidence. Specifically, Judge Sheppard found that the Administrative Law Judge failed to identify and to explain a conflict between the assessed RFC and a consultative opinion regarding Plaintiff's limitations. (Doc. 14 at 9–12).

The Recommendation and 28 U.S.C. § 636(b)(1) provided the Parties with fourteen days, or through Tuesday, February 10, 2026, to object to Judge Sheppard's findings and recommendations. (Doc. 14 at 13). The deadline for objections has elapsed with neither party having filed an objection.

In the absence of objections, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation (Doc. 14) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. As a result, the Commissioner's decision is **REVERSED** and the case is **REMANDED** for further administrative proceedings pursuant to Sentence

Four of 42 U.S.C. § 405(g), in accordance with Judge Sheppard's Recommendation. Further, Plaintiff's pending Motion for Judgment on the Pleadings (Doc. 8) is **DENIED**, without prejudice, as moot.

    **SO ORDERED**, this 13th day of February 2026.

**/s/ W. Louis Sands**

**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**
