IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER DAVIS,                              *

   Plaintiff,                   *

v.                                                Case No.  7:24-CV-122 (WLS-ALS)

             *

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.                   *

             *

## J U D G M E N T

Pursuant to this Court's Order dated February 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 13th day of February, 2026.

       David W. Bunt, Clerk


       s/ Katie Logsdon, Deputy Clerk