IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER DAVIS,                          *

        Plaintiff,                        *

v.                                                              Case No.  7:24-cv-122 (WLS-ALS)

                           *

COMMISSIONER OF SOCIAL SECURITY,
                           *

        Defendant.                        *

_____    *

## J U D G M E N T

Pursuant to the Order of this Court filed May 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,283.68 in attorneys' fees and $405.00 in costs.

This 8th day of May, 2026.

David W. Bunt, Clerk

s/  Katie Logsdon, Deputy Clerk